**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA CASTRO-RAMOS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER PERMANENTE, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, DENNIS LAKE, TAMMY BRESNAHAN, and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: EDCV 18-2630-GW-SPx<br>Hon. George H. Wu, Courtroom 9D<br><br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

## SUMMARY JUDGMENT

Defendants Southern California Permanente Medical Group (erroneously sued as Kaiser Permanente), Dennis Lake, and Tammy Bresnahan's motion for summary judgment was heard on February 3, 2020 before the Honorable George H. Wu, United States District Court Judge. The Court issued a tentative ruling, granting the motion, and took the matter under submission. On February 6, 2020 the Court adopted the tentative ruling as final. A true and correct copy of the Court's tentative ruling on Defendants' motion, which was adopted as the final ruling, is attached hereto as Exhibit 1. The Court having considered the motion, opposition, and reply, together with all evidence and other papers submitted by the parties in connection with the motion, and having considered the issues and oral argument presented by counsel for all parties, and having granted Defendants' motion for summary judgment in its entirety:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of Defendants Kaiser Permanente, Southern California Permanente Medical Group, Dennis Lake, and Tammy Bresnahan against Plaintiff Erica Castro-Ramos. All causes of action asserted by Plaintiff Erica Castro-Ramos against Kaiser Permanente, Southern California Permanente Medical Group, Dennis Lake, and Tammy Bresnahan are dismissed with prejudice.

Further as prevailing parties pursuant to Fed. R. Civ. Pro. 54(d) and Local Rule 54, Defendants are awarded costs. Consistent with Local Rule 54-3, Defendants shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs within fifteen (15) days after the entry of this judgment.

**IT IS SO ORDERED.**

Date: February 11, 2020

_____
Hon. George H. Wu
United States District Judge

Submitted by:
COLE PEDROZA LLP
Kenneth R. Pedroza, SBN 184906
kpedroza@colepedroza.com
Michael A. Carlin, SBN 290264
mcarlin@colepedroza.com
2295 Huntington Drive
San Marino, CA 91108
Tel.:   (626) 431-2787
Fax:   (626) 431-2788

Attorneys for Defendants,
SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP (erroneously
sued as KAISER PERMANENTE), DENNIS LAKE, TAMMY BRESNAHAN